# EXHIBIT A

## 202618575, HARRIS COUNTY HOSPITAL DISTRICT (D/B/A HARRIS HEAL vs. WELLPOINT TEXAS INC (F/K/A AMERIGROUP TEXAS INC)

TX District & County - Harris (District Only)

Harris

**This case was retrieved on 04/24/2026**

## Header

**Case Number:** 202618575
**Date Filed:** 03/19/2026
**Date Full Case Retrieved:** 04/24/2026
**Status:** Open
**Misc:** (107) SWORN ACCOUNT; Civil

## Details

**Case Type**: Civil
**Judge**: LAUREN REEDER
**Court Number**: 234th

## Participants

| Litigants | Attorneys |
|---|---|
| HARRIS COUNTY HOSPITAL DISTRICT (D/B/A HARRIS HEAL **PLAINTIFF - CIVIL** | GLOVER, JOEL ROBERT PLAINTIFF - CIVIL Status: Active |
| HARRIS HEALTH **PLAINTIFF - CIVIL** | GLOVER, JOEL ROBERT PLAINTIFF - CIVIL Status: Active |
| AMERIGROUP TEXAS INC **DEFENDANT - CIVIL** | |
| INTEGRANET HEALTH INC **DEFENDANT - CIVIL** | |
| VAN LANG IPA LLC **DEFENDANT - CIVIL** | |
| WELLPOINT TEXAS INC (F/K/A AMERIGROUP TEXAS INC) **DEFENDANT - CIVIL** | |
| INTEGRANET HEALTH INC (TEXAS CORPORATION) MAY BE SERVED BY SERVING **REGISTERED AGENT** | |
| VAN LANG IPA LLC (TEXAS LIMITED LIABILITY COMPANY) MAY BE SERVED BY **REGISTERED AGENT** | |
| WELLPOINT TEXAS INC (F/K/A AMERIGROUP TEXAS INC) (TEXAS CORPORATION) **REGISTERED AGENT** | |

## Services

202618575, HARRIS COUNTY HOSPITAL DISTRICT (D/B/A HARRIS HEAL vs. WELLPOINT TEXAS INC (F/K/A AMERIGROUP TEXAS INC)

| Type | Status Description | Instrument Served | Person Served | Details |
|---|---|---|---|---|
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | WELLPOINT TEXAS INC (F/K/A AMERIGROUP TEXAS INC) (TEXAS CORPORATION) | Requested Date: 03/19/2026 Issued Date: 03/24/2026 Tracking Number: 74628020 Deliver To: E-MAIL |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | INTEGRANET HEALTH INC (TEXAS CORPORATION) MAY BE SERVED BY SERVING | Requested Date: 03/19/2026 Issued Date: 03/24/2026 Served Date: 04/08/2026 Tracking Number: 74628022 Deliver To: E-MAIL |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | INTEGRANET HEALTH INC (TEXAS CORPORATION) MAY BE SERVED BY SERVING | Requested Date: 03/19/2026 Issued Date: 03/24/2026 Served Date: 04/08/2026 Tracking Number: 74628022 Deliver To: E-MAIL |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | VAN LANG IPA LLC (TEXAS LIMITED LIABILITY COMPANY) MAY BE SERVED BY | Requested Date: 03/19/2026 Issued Date: 03/24/2026 Served Date: 03/24/2026 Tracking Number: 74628023 Deliver To: E-MAIL |

# Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 03/19/2026 | | ORIGINAL PETITION | Attorney: GLOVER, JOEL ROBERT |

202618575, HARRIS COUNTY HOSPITAL DISTRICT (D/B/A HARRIS HEAL vs. WELLPOINT TEXAS INC (F/K/A AMERIGROUP TEXAS INC)

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | PersonFiling:<br>HARRIS COUNTY HOSPITAL DISTRICT (D/B/A HARRIS HEAL |
| 03/19/2026 | | ORIGINAL PETITION | Attorney:<br>GLOVER, JOEL ROBERT<br>PersonFiling:<br>HARRIS HEALTH |
| 03/19/2026 | | Plaintiff's Original Petition | Document Number:<br>125703377<br>Order Signed Date:<br>03/19/2026<br>Pages:<br>17 |
| 03/19/2026 | | Request for Issuance of Service | Document Number:<br>125703378<br>Order Signed Date:<br>03/19/2026<br>Pages:<br>1 |
| 03/19/2026 | | Request for Issuance of Service | Document Number:<br>125703379<br>Order Signed Date:<br>03/19/2026<br>Pages:<br>1 |
| 03/19/2026 | | Request for Issuance of Service | Document Number:<br>125703380<br>Order Signed Date:<br>03/19/2026<br>Pages:<br>1 |
| 03/24/2026 | | Citation (Executed) Van Lang IPA LLC | Document Number:<br>125787660<br>Order Signed Date:<br>03/24/2026<br>Pages:<br>2 |
| 04/06/2026 | | Exhibit A | Document Number:<br>125964514<br>Order Signed Date:<br>04/06/2026<br>Pages:<br>6 |
| 04/06/2026 | | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | Document Number:<br>126009736<br>Order Signed Date:<br>04/06/2026<br>Pages:<br>3 |
| 04/06/2026 | | ORDER GRANTING SUBSTITUTED SERVICE SIGNED (Temporary Order) | Document Number:<br>126009736<br>Order Signed Date:<br>4/6/2026<br>Pages:<br>3 |
| 04/06/2026 | | Plaintiff's Motion for Substituted Service of Process on Defendant IntegraNet Health, | Document Number:<br>125964513<br>Order Signed Date: |

202618575, HARRIS COUNTY HOSPITAL DISTRICT (D/B/A HARRIS HEAL vs. WELLPOINT TEXAS INC
(F/K/A AMERIGROUP TEXAS INC)

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Inc. | 04/06/2026<br>Pages:<br>7 |
| 04/06/2026 | | Proposed Order Granting Plaintiff's Motion for Substituted Service of Process on Defendant Integrenet Health Inc | Document Number:<br>125964515<br>Order Signed Date:<br>04/06/2026<br>Pages:<br>3 |
| 04/13/2026 | | Unsworn Declaration Waiving and Accepting Service of Plaintiff Harris County Hospital District d/b/a Harris Health's Original Petition | Document Number:<br>126114935<br>Order Signed Date:<br>04/13/2026<br>Pages:<br>2 |
| 04/20/2026 | | Citation (Executed) INTEGRANET HEALTH INC | Document Number:<br>126218488<br>Order Signed Date:<br>04/20/2026<br>Pages:<br>6 |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**