# EXHIBIT C

4/13/2026 3:49 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 113587058
By: Shannon North-Gonzalez
Filed: 4/13/2026 3:49 PM

CAUSE NO. 2026-18575

| | | |
|---|---|---|
| HARRIS COUNTY HOSPITAL DISTRICT D/B/A HARRIS HEALTH, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| vs. | § § | 234th JUDICIAL DISTRICT |
| WELLPOINT TEXAS, INC. F/K/A AMERIGROUP TEXAS, INC., INTEGRANET HEALTH, INC., and VAN LANG IPA, L.L.C., | § § § § § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

### UNSWORN DECLARATION WAIVING AND ACCEPTING SERVICE OF PLAINTIFF HARRIS COUNTY HOSPITAL DISTRICT D/B/A HARRIS HEALTH'S ORIGINAL PETITION

My name is Scott Williams, I am over 21 years of age, and my business address is 2001 Ross Avenue, Suite 550, Dallas, Texas 75201. I am an attorney representing Wellpoint Texas, Inc. f/k/a Amerigroup Texas, Inc. ("Wellpoint"), a named defendant in the above-referenced civil action. I have received a copy of Plaintiff Harris County Hospital District d/b/a Harris Health's Original Petition (the "Petition"). Pursuant to Rule 119 of the Texas Rules of Civil Procedure, I am authorized to and did waive issuance and service of the Petition on behalf of Wellpoint on April 3, 2026. I am submitting this memorandum and declaration after this civil action was commenced and after my receipt of the Petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the __13th__ day of April, 2026.

_____
Scott Williams
Crowell & Moring LLP
Attorney for Defendant Wellpoint Texas,
Inc. f/k/a Amerigroup Texas, Inc.

- 1 -

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Ortiz on behalf of Shannon Wright
Bar No. 24131783
lortiz@jw.com
Envelope ID: 113587058
Filing Code Description: No Fee Documents
Filing Description:
Status as of 4/13/2026 3:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joel Glover | | jglover@jw.com | 4/13/2026 3:49:38 PM | SENT |
| Melanie McClenathen | | mmcclenathen@jw.com | 4/13/2026 3:49:38 PM | SENT |
| Stephen Calhoun | | scalhoun@jw.com | 4/13/2026 3:49:38 PM | SENT |
| Amy Malone | | amalone@jw.com | 4/13/2026 3:49:38 PM | SENT |
| Celia Morales | | cmorales@jw.com | 4/13/2026 3:49:38 PM | SENT |
| Shannon Wright | | swright@jw.com | 4/13/2026 3:49:38 PM | SENT |