# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HARRIS COUNTY HOSPITAL DISTRICT D/B/A HARRIS HEALTH, | § § § § | |
| Plaintiff | § § | |
| v. | § § § | NO: 26-cv-3594 |
| WELLPOINT TEXAS, INC. F/K/A AMERIGROUP TEXAS, INC., INTEGRANET HEALTH, INC., and VAN LANG IPA, L.L.C., | § § § § § | |
| Defendants. | § § | |

**INDEX OF MATTERS BEING FILED**

Exhibit A: State Court Docket Sheet

Exhibit B: Plaintiff's Petition

Exhibit C: Defendant Wellpoint's Declaration Waiving Service

Exhibit D: Index of Matters Being Filed

Exhibit E: List of All Parties and Counsel