# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HARRIS COUNTY HOSPITAL DISTRICT D/B/A HARRIS HEALTH, <br> Plaintiff <br> v. <br> WELLPOINT TEXAS, INC. F/K/A AMERIGROUP TEXAS, INC., INTEGRANET HEALTH, INC., and VAN LANG IPA, L.L.C., <br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 4:26-cv-3594 |

## LIST OF ALL PARTIES AND COUNSEL

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| HARRIS COUNTY HOSPITAL DISTRICT D/B/A HARRIS HEALTH, <br><br> *Plaintiff* | JACKSON WALKER LLP <br> Joel R. Glover <br> State Bar No. 24087593 <br> jglover@jw.com <br> Shannon M. Wright <br> State Bar No. 24131783 <br> swright@jw.com <br> 1401 McKinney St., Suite 1900 <br> Houston, Texas 77010 <br> (713) 752-4200 <br> (713) 752-4221 (fax) <br><br> Stephen Calhoun <br> State Bar No. 24069457 <br> scalhoun@jw.com <br> 1900 Broadway St., Suite 1200 <br> San Antonio, TX 78215 <br> (210) 978-7713 <br> (210) 242-4667 (fax) |

WELLPOINT TEXAS, INC. F/K/A
AMERIGROUP TEXAS, INC.,

*Defendant*

**CROWELL & MORING LLP**
Scott T. Williams
Texas State Bar No. 00791937
Saheli Chakrabarty
Texas State Bar No. 24103778
2001 Ross Avenue, Suite 550
Dallas, Texas 75201
Telephone: (312) 379-4204
SCWilliams@crowell.com
SChakrabarty@crowell.com

INTEGRANET HEALTH, INC.,

*Defendant*

Munsch Hardt Kopf & Harr, P.C.
Eddy De Los Santos
700 Main St., Suite 800
Houston, TX, 77002
713-222-4021
edelossantos@munsch.com

VAN LANG IPA, L.L.C.,

*Defendant*

Cokinos Young
James S. Richards
Four Houston Center
1221 Lamar St
16th Floor
Houston, Texas 77010
713-535-5566
jrichards@cokinoslaw.com